# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ELAINE T. MARSHALL,                                          NO.   2020 CW 1244
INDIVIDUALLY AND AS CO-
TRUSTEE OF THE MARSHALL
LEGACY FOUNDATION AND THE
MARSHALL HERITAGE
FOUNDATION, ET AL

VERSUS

PRESTON L. MARSHALL                                         **DECEMBER 11, 2020**

---

In Re:     Preston L. Marshall, applying for supervisory writs,
           19th Judicial District Court, Parish of East Baton
           Rouge, No. 656183.

---

**BEFORE:   WHIPPLE, C.J., WELCH, HOLDRIDGE, CHUTZ AND PENZATO, JJ.**

  **STAY DENIED; WRIT DENIED.** Once a judgment with appropriate decretal language is issued by the district court from its December 7, 2020 ruling, as amended on December 9, 2020, which imposed punishment for contempt against Preston Marshall, such a ruling will represent a final, appealable judgment, and defendant, Preston Marshall, will be entitled to file a motion for an appeal therefrom in accordance with applicable law. <u>See</u> **Capital City Press, LLC v. Louisiana State Univ.**, 2013-1994 (La. 8/28/13), 120 So.3d 250 ("Insofar as relator is aggrieved by the August 14, 2013 judgment imposing sanctions for contempt, it has an adequate remedy by suspensive appeal."), <u>citing</u> La. Code Civ. P. art. 1915(A)(6). A final and appealable judgment must be precise, definite and certain, and must also contain decretal language, name the party in favor of whom the ruling is ordered, the party against whom the ruling is ordered, as well as the relief which is expressly granted or denied.

**VGW**
**JEW**
**GH**
**WRC**
**AHP**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
  FOR THE COURT